IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    05-cv-00410-RPM-BNB

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP TRUST FUND, and
OPERATIVE PLASTERS & CEMENT MASONS INTERNATIONAL ASSOCIATION, LOCAL UNION #577

     Plaintiff(s),
v.

METRO CONCRETE WORKS, INC., A DISSOLVED Colorado corporation, and
SUSAN SUKUT, an individual,

     Defendant(s).

---

ORDER FOR HEARING ON RECOMMENDATION FOR ENTRY OF DEFAULT JUDGMENT

---

After an evidentiary hearing on July 19, 2005, Magistrate Judge Boyd N. Boland filed a recommendation for entry of judgment on the plaintiffs' motion for default judgment.  That recommendation includes the conclusion that the defendant Susan Sukut has personal liability for the obligations of Metro Concrete Works, Inc., for the payment of administrative dues and fringe benefit contributions to the plaintiff unions in specified amounts.  The recommendation was filed on August 10, 2005.  On August 11, 2005, the plaintiffs filed a Suggestion of Bankruptcy, indicating that Susan Sukut filed a voluntary petition for Chapter 7 bankruptcy on August 2, 2005.

On October 17, 2005, the plaintiffs filed a notice of order lifting the automatic stay, entered by United States Bankruptcy Judge Elizabeth E. Brown on October 14, 2005.  The plaintiffs now seek the entry of judgment pursuant to the recommendation of the magistrate judge.  Because there may be some uncertainty as to the procedural

effect of the filing of the magistrate judge's recommendation after the bankruptcy filing and because Susan Sukut is not represented by counsel in this case and may not understand the procedural requirements in this matter, including her opportunity to object to the recommendation, it is now

ORDERED that a hearing will be held on November 3, 2005, in Courtroom A, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado, at 2:00 p.m. at which time Susan Sukut may appear and state any objections to the recommendation of Magistrate Judge Boland, failing in which the Court will enter judgment pursuant to the recommendation and it is

FURTHER ORDERED that notice of the hearing will be given by mailing a copy of this order to Susan Sukut and Metro Contrete Works, Inc., at their addresses of record herein.

DATED: October 18, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge

Civil Action No.  05-M-410 (BNB)

      I certify that I mailed a copy of the attached Order entered by Judge Richard P. Matsch on October 18, 2005, to the following:

Susan Sukut
Metro Concrete Works, Inc.
3055 S. Fairfax Street
Denver, CO 80222

Metro Concrete Works, Inc.
680 S. Gilpin St.
Denver, CO 80209

Dated: October 18, 2005

                GREGORY C. LANGHAM, CLERK

                    s/Leslie A. Martin

            By: _____
                    Deputy