IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.    05-cv-00410-RPM-BNB

TRUSTEES OF THE COLORADO LABORERS' HEALTH AND WELFARE TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' PENSION TRUST FUND,
TRUSTEES OF THE COLORADO CEMENT MASONS' JOINT APPRENTICESHIP TRUST FUND, and
OPERATIVE PLASTERS & CEMENT MASONS INTERNATIONAL ASSOCIATION, LOCAL UNION #577

      Plaintiff(s),

v.

METRO CONCRETE WORKS, INC., A DISSOLVED Colorado corporation, and
SUSAN SUKUT, an individual,

      Defendant(s).

---

ORDER FOR ENTRY OF FINAL JUDGMENT

---

At the hearing held today pursuant to the Order for Hearing on Recommendation for Entry of Default Judgment, entered October 18, 2005, Miranda K. Hawkins appeared as attorney for the plaintiffs and there was no appearance for the defendants. Notice of the hearing was given by mail by the court and Ms. Hawkins also advised that the plaintiffs had sent to the defendants at the addresses of record a copy of the Court's order.  Ms. Hawkins further stated that the plaintiffs are not now seeking a mandatory injunction.  Having reviewed the record, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation of Magistrate Judge Boyd N. Boland, filed August 10, 2005, and it is

ORDERED that the Clerk shall enter judgment in accordance with the recommendation for the dollar amounts set forth therein.

DATED: November 3, 2005

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior District Judge

Civil Action No. 05-cv-00410 (BNB)

     I certify that I mailed a copy of the attached Order entered by Judge Richard P. Matsch to the following:

Susan Sukut
Metro Concrete Works, Inc.
3055 S. Fairfax Street
Denver, CO 80222

Metro Concrete Works, Inc.
680 S. Gilpin St.
Denver, CO 80209


Dated: November 3, 2005

                              GREGORY C. LANGHAM, CLERK

                                  s/Leslie A. Martin

                       By: _____
                                  Deputy